UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

RODNEY J. SPENCER
SSN: xxx-xx-2656
LYZELL T. SPENCER
SSN: xxx-xx-5778
Debtor(s)

CASE NUMBER : 03-35698
CHAPTER 13

---

**NOTICE TO GENESIS FINANCIAL
THAT $1,387.75 HAS BEEN DEPOSITED INTO
THE COURT'S UNCLAIMED FUNDS ACCOUNT
IN TREASURY FUND #6047BK**

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Genesis Financial, creditor herein, and deposits $1,387.75 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for Genesis Financial was:

    104 E. Beeline Lane
    P.O. Box 2445
    Harker Heights, TX 76548

2. That several of the Standing Chapter 13 Trustee's disbursement checks have been returned with a "Forwarding Order Expired" stamped on the front of the envelope by the Postmaster;

3. Subsequent attempts to locate this creditor were fruitless;

4. That any objections to said Deposit should be made in writing, with the Court Clerk.

Dated:  December 11, 2009

Respectfully Submitted,

/s/ Debra L. Miller
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was sent on <u>December 11, 2009</u>

By U. S. Mail to the Debtors and Creditor as follows:
Debtor(s):  Rodney & Lyzell Spencer, 123 Glencove Drive, Michigan City, IN 46360
Creditor:  Genesis Financial, 104 E. Beeline Lane, P.O. Box 2445, Harker Heights, TX 76548

By electronic e-mail to the following:

Debtors' Attorney:  Debra Voltz-Miller
U.S. Trustee

/s/ Debra L. Miller, Trustee
By:  Rosemary Ward-Wilson